UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **HOMES & LAND AFFILIATES, LLC,** | ) |
| *Plaintiffs,* | ) ) ) |
| vs. | ) Case No.: **4:11-cv-00649 (RH) (WCS)** ) |
| **VNF MEDIA GROUP LLC (f/k/a VNF PUBLISHING GROUP, LLC), a New York Limited Liability Company; VNF ENTERPRISES, LLC, a New York Limited Liability Company; MISTERMAN REALTY, LLC, a New York Limited Liability Company; FRONT & CENTER, INC., a New York Company; VICTOR M. GOMEZ, an individual; JOSEPHINE GOMEZ, an individual; and FRANK SCIRE; an individual;** | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendants.* | ) ) |

## PRELIMINARY INJUNCTION

Pursuant to the Court's January 3, 2012 Order (Dkt. No. 11), Plaintiff, Homes & Land Affiliates, LLC ("HLA"), and Defendants VNF Media Group LLC (f/k/a VNF Publishing Group, LLC) ("VNF"), VNF Enterprises, LLC ("VNF Enterprises"), Misterman Realty, LLC ("Misterman"); Front & Center, Inc. ("Front & Center"); Victor M. Gomez ("V. Gomez"), Josephine Gomez ("J. Gomez"), and Frank Scire ("Scire") (collectively, "Defendants") have reached an agreement to resolve the issues raised by HLA in its motion for temporary restraining order and preliminary injunctive relief. The parties, accordingly, have consented to the following Order. **THEREFORE**:

**IT IS ORDERED** that injunctive relief is **GRANTED** to Plaintiff Homes & Land Affiliates, LLC against Defendants, as follows:

1. Defendants and their agents, servants, employees, representatives, attorneys and/or affiliates, and all those in active concert or participation with them are hereby enjoined from:

    a. Distributing their *Homes, Cottages & Estates* publication, or any similar real estate advertising publication, before December 12, 2012;

    b. Using the HLA Marks or any trademark, service mark, logo or trade name that is confusingly similar to the HLA Marks;

    c. Otherwise infringing the HLA Marks or using any similar designation, alone or in combination with any other components;

    d. Using any trade dress that is confusingly similar to that used by HLA;

    e. Otherwise infringing the trade dress used by HLA;

    f. Passing off any of their products or services as those of HLA or its authorized franchisees;

    g. Causing a likelihood of confusion or misunderstanding as to the source or sponsorship of their businesses, products or services;

    h. Causing a likelihood of confusion or misunderstanding as to their affiliation, connection or association with HLA and its franchisees or any of HLA's products or services;

    i. Violating the post-termination covenant of their franchise agreements, specifically Section 7.3 of the franchise agreements; and

3

     j.    Holding themselves out as affiliated with HLA or *Homes & Land of Staten Island, Homes & Land of Brooklyn North, Homes & Land of Brooklyn South, and Homes & Land of Fairfield County and Surrounding Areas*.

2.    Defendants and their agents, servants, employees, representatives, attorneys and/or affiliates, and all those who act in concert or participation with them, are required to immediately eliminate their advertising under the HLA Marks and/or trade dress or any other confusingly similar designations from all media, including, but not limited to, internet, newspapers, flyers, coupons, promotions, signs, telephone books, telephone directory assistance listings and mass mailings, all at Defendants' cost.

3.    This Order shall remain in full force and effect unless and until modified by further Order of the Court.

SO ORDERED on January 24, 2012.

                                                s/Robert L. Hinkle
                                                United States District Judge