**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

HOMES & LAND AFFILIATES, LLC,

Plaintiff,

v. CASE NO. 4:11cv649-RH/WCS

VNF MEDIA GROUP LLC, etc., et al.,

Defendants.

_______________________________________/

# SCHEDULING ORDER

A hearing occurred by telephone on January 24, 2012. The plaintiff appeared through counsel. The defendant Victor M. Gomez appeared pro se. No other defendant appeared. The parties announced their agreement on the entry of a preliminary injunction in the form proposed by the plaintiff. The preliminary injunction has been separately entered today.

This order rules on pending motions and sets a schedule for further proceedings. The schedule will be extended and the trial will be delayed if an

attorney appears for one or more defendants by the deadline set in this order and requests an extension.

IT IS ORDERED:

1. The plaintiff's motion for a preliminary injunction, ECF No. 1, is GRANTED. The preliminary injunction has been entered separately.

2. The plaintiff's motion, ECF No. 8, to expedite consideration of the preliminary-injunction motion is GRANTED.

3. The attorney John F. Dienelt's motion for leave to appear, ECF No. 9, is GRANTED.

4. The trial is set for the trial period that begins on May 7, 2012.

5. The deadline for filing a summary-judgment motion is March 19, 2012.

6. By April 17, 2012, each party must file—and must mail to each adverse party—a witness list and an exhibit list. No witness will be allowed to testify, and no exhibit will be admitted into evidence, unless included on a list properly filed and mailed to the adverse party. This requirement applies to all witnesses and exhibits, including those offered only in rebuttal or for impeachment.

7. A party must provide the adverse party (but need not file) any witness's address and a copy of any exhibit within seven days after the adverse party so requests.

8. The schedule will be extended, and the trial will be continued, if an attorney appears for a defendant and files by March 26, 2012, a motion for a continuance.

SO ORDERED on January 24, 2012.

s/Robert L. Hinkle
United States District Judge